UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40226-FDS

ELAINE L. CHAO, SECRETARY OF LABOR, )
UNITED STATES DEPARTMENT OF LABOR, )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　　 )
v. )
　　　　　　　　　　　　　　　　　　　　　　 )
JOSEPH S. BUSCONE MANAGEMENT, INC., )
JOSEPH S. BUSCONE, AND JOSEPH S. )
BUSCONE MANAGEMENT, INC. PENSION )
PLAN, )
　　　　　　　　　　　　　　　　　　　　　　 )
　　　　Defendants. )

## DEFENDANTS' ASSENTED MOTION TO EXTEND TIME TO RESPOND TO THE PLAINTIFF'S COMPLAINT

The Defendants Joseph S. Buscone Management, Inc., Joseph S. Buscone and Joseph S. Buscone Management, Inc. Pension Plan (the "Defendants"), hereby move for an extension of time, through and including February 25, 2005, for the Defendants to respond to the Plaintiff's Complaint. In support of this motion, the Defendants state as follows:

1.　　　On January 12, 2005, a summons and copy of the Complaint were served on each of the Defendants Joseph S. Buscone Management, Inc. and Joseph S. Buscone Management, Inc. Pension Plan in Milford, Massachusetts and, therefore, a response to the Complaint is due to be filed by these Defendants on February 1, 2005.

2.　　　On January 17, 2005, a summons and copy of the Complaint were served on the Defendant Joseph S. Buscone in Dennis, Massachusetts and, therefore, a response to the Complaint is due to be filed by this Defendant on February 7, 2005.

3.  The parties to this action have scheduled a meeting on February 17, 2005 to discuss the possibility of settlement of the Plaintiff's claims, which may obviate the need for further litigation, including the Defendants' need to respond to the Plaintiff's Complaint.

4.  The Plaintiff has assented to this motion.

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an order extending the time, through and including February 25, 2005, for the Defendants to respond to the Plaintiff's Complaint.

DEFENDANTS JOSEPH S. BUSCONE MANAGEMENT, INC., JOSEPH S. BUSCONE, AND JOSEPH S. BUSCONE MANAGEMENT, INC. PENSION PLAN,
By their attorneys,

*/s/ Matthew P. Zayotti*
Francis M. Lynch, BBO #308570
Matthew P. Zayotti, BBO# 638265
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: January 31, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred with counsel of record for each other party and have attempted in good faith to resolve or narrow the issues related to this motion.

*/s/ Matthew P. Zayotti*

---

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by ~~hand delivery~~ - US Mail on January 31, 2005.

*/s/ Matthew P. Zayotti*

---

2