AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

**DISTRICT OF** <u>MASSACHUSETTS</u>

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

              Plaintiff,

**V.**

JOSEPH S. BUSCONE MANAGEMENT, INC.,
JOSEPH S. BUSCONE and
JOSEPH S. BUSCONE MANAGEMENT, INC PENSION PLAN

              Defendant.

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-40226**FDS

TO: (Name and address of defendant)

    Joseph S. Buscone
    12 Claudette Drive
    Milford, MA  01757

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gail E. Glick, Esquire
    U.S. Department of Labor
    Office of the Solicitor
    JFK Federal Building
    Room E-375
    Boston, MA  02203

an answer to the complaint which is herewith served upon you, within ___twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

_____
CLERK

_Sherry Jones_
(BY) DEPUTY CLERK

_11-1-04_
DATE

Worcester, SS.                                    January 17th, 2005

**I this day served the within, Federal Summons and Complaint, upon the
within named, Joseph S. Buscone, by leaving at the last known and usual
place of abode, true and attested copies thereof, to wit: 34 Schooner Road, in
said Dennis, Massachusetts.**

**Time of Service: 12:50 P.M.**
**Service:        $15.00***
**Travel:         $60.00***

Francis J. Trapasso, Constable