AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF __MASSACHUSETTS__

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

JOSEPH S. BUSCONE MANAGEMENT, INC.,
JOSEPH S. BUSCONE and
JOSEPH S. BUSCONE MANAGEMENT, INC PENSION PLAN

        Defendant.

CASE NUMBER: **04-40226 FDS**

TO: (Name and address of defendant)

Joseph S. Buscone, President
Joseph S. Buscone Management, Inc.
12 Claudette Drive
Milford, MA 01757

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gail E. Glick, Esquire
U.S. Department of Labor
Office of the Solicitor
JFK Federal Building
Room E-375
Boston, MA 02203

an answer to the complaint which is herewith served upon you, within __twenty (20)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_/s/ Sherry Jones_

(BY) DEPUTY CLERK

11-1-04

DATE

Worcester, SS.                                         January 12th, 2005

I this day served the within, Federal Summons & Complaint, upon the within named, Joseph S. Buscone, President, Joseph S. Buscone Management, Inc., by leaving at his last known and usual place of business with Yvonne Papp, Bookeeper, Agent and Person in charge of its business at the time of service, true and attested copies thereof, to wit: 21 Claudette Drive, in said Milford, Massachusetts.

Time of Service: 4:30 P.M.
Service:      $15.00***
Travel:       $10.00***

Steve Kalil, Constable