AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

                                             DISTRICT OF   MASSACHUSETTS

ELAINE L. CHAO, Secretary of Labor,
United States Department of Labor,

              Plaintiff,                  **SUMMONS IN A CIVIL CASE**

                V.                           CASE NUMBER:

JOSEPH S. BUSCONE MANAGEMENT, INC.,        **04-40226 FDS**
JOSEPH S. BUSCONE and
JOSEPH S. BUSCONE MANAGEMENT, INC PENSION PLAN

              Defendant.

**TO:** (Name and address of defendant)

    Joseph S. Buscone, Trustee
    Joseph S. Buscone Management, Inc. Pension Plan
    12 Claudette Drive
    Milford, MA   01757

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gail E. Glick, Esquire
    U.S. Department of Labor
    Office of the Solicitor
    JFK Federal Building
    Room E-375
    Boston, MA   02203

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                                    11-1-04

CLERK                                                          DATE

*Sherry Jones*

(BY) DEPUTY CLERK

Worcester, SS.                                      January 12th, 2005

I this day served the within, Federal Summons & Complaint, upon the within named, Joseph S. Buscone, Trustee, Joseph S. Buscone Management, Inc., Pension Plan, by leaving at his last known and usual place of business with Yvonne Papp, Bookeeper, Agent and Person in charge of its business at the time of service, true and attested copies thereof, to wit: 21 Claudette Drive, in said Milford, Massachusetts.

Time of Service: 4:30 P.M.
Service:         $15.00***
Travel:          $40.00***

*Steve Kalil, Constable*