UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40226-FDS

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>)<br>) |
| JOSEPH S. BUSCONE MANAGEMENT, INC., JOSEPH S. BUSCONE, AND JOSEPH S. BUSCONE MANAGEMENT, INC. PENSION PLAN, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**DEFENDANTS' ASSENTED MOTION TO EXTEND TIME
TO RESPOND TO THE PLAINTIFF'S COMPLAINT**

The Defendants Joseph S. Buscone Management, Inc., Joseph S. Buscone and Joseph S. Buscone Management, Inc. Pension Plan (the "Defendants"), hereby move for an extension of time, through and including March 30, 2005, for the Defendants to respond to the Plaintiff's Complaint. In support of this motion, the Defendants state as follows:

1. On January 12, 2005, a summons and copy of the Complaint were served on each of the Defendants Joseph S. Buscone Management, Inc. and Joseph S. Buscone Management, Inc. Pension Plan in Milford, Massachusetts and, therefore, a response to the Complaint was due to be filed by these Defendants on February 1, 2005.

2. On January 17, 2005, a summons and copy of the Complaint were served on the Defendant Joseph S. Buscone in Dennis, Massachusetts and, therefore, a response to the Complaint was due to be filed by this Defendant on February 7, 2005.

3. Prior to filing the a response to the Complaint, the parties agreed to schedule a meeting for February 17, 2005 to discuss the possibility of settlement of the Plaintiff's claims, which may obviate the need for further litigation, including the Defendants' need to respond to the Plaintiff's Complaint.

4. The Defendants then filed an Assented Motion To Extend Time To Respond To The Plaintiff's Complaint until February 25, 2005.

5. On February 1, 2005, this Honorable Court granted Defendants' Assented Motion To Extend Time To Respond To The Plaintiff's Complaint.

6. Due a conflict in the schedule of the parties, said February 17, 2005 meeting has been rescheduled for March 3, 2005 and the parties anticipate that a follow up meeting will be necessary if a settlement is to be concluded. The parties have agreed that this meeting will take place before March 30, 2005.

7. The Plaintiff has assented to this Motion.

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an order extending the time, through and including March 30, 2005, for the Defendants to respond to the Plaintiff's Complaint.

Dated: February 22, 2005

DEFENDANTS JOSEPH S. BUSCONE
MANAGEMENT, INC., JOSEPH S. BUSCONE,
AND JOSEPH S. BUSCONE MANAGEMENT
INC. PENSION PLAN,
By their attorneys

Francis M. Lynch, BBO #308570
Matthew P. Zayotti, BBO #638265
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617)951-1400

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred with counsel of record for each other party and have attempted in good faith to resolve or narrow the issues related to this motion.

_____

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by hand-delivery /US Mail/ on _____.

Feb 22, 2005

3