UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40226-FDS

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| JOSEPH S. BUSCONE MANAGEMENT, INC., JOSEPH S. BUSCONE, AND JOSEPH S. BUSCONE MANAGEMENT, INC. PENSION PLAN, | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' ASSENTED TO MOTION TO EXTEND TIME
TO RESPOND TO THE PLAINTIFF'S COMPLAINT**

The Defendants Joseph S. Buscone Management, Inc., Joseph S. Buscone and Joseph S. Buscone Management, Inc. Pension Plan (the "Defendants"), hereby move for an extension of time, through and including April 20, 2005, for the Defendants to respond to the Plaintiff's Complaint. In support of this motion, the Defendants state as follows:

1.  On January 12, 2005, and January 17, 2005 summons and copies of the Complaint were served on the Defendants Joseph S. Buscone Management, Inc. and Joseph S. Buscone Management, Inc. Pension Plan in Milford, Massachusetts, as well as Joseph S. Buscone in Dennis Massachusetts. Therefore, responses to the Complaint were due to be filed by these Defendants on February 1, 2005 and February 7, 2005, respectively.

3. Prior to filing a response to the Complaint, the parties agreed to schedule a meeting to discuss the possibility of settlement of the Plaintiff's claims. As a result, the Defendants filed an Assented Motion To Extend Time To Respond To The Plaintiff's Complaint until February 25, 2005, which this Honorable Court granted.

4. The parties met on March 3, 2005 and the government made a settlement proposal.

5. As a result of the March 3, 2005 meeting, the parties have conferred and exchanged positions on issues and the Defendants have made a counter-proposal. The parties are still actively engaged in settlement discussions aimed at resolving this matter in lieu of litigation.

9. The parties agree that more time is needed to work out the details of a potential settlement.

WHEREFORE, the Defendants respectfully request that this Honorable Court enter an order extending the time, through and including April 20, 2005, for the Defendants to respond to the Plaintiff's Complaint. The undersigned counsel has discussed this motion (and previously forwarded a copy) with plaintiff's counsel, Gail Glick, and obtained plaintiff's assent to the motion.

DEFENDANTS JOSEPH S. BUSCONE
MANAGEMENT, INC., JOSEPH S. BUSCONE,
AND JOSEPH S. BUSCONE MANAGEMENT
INC. PENSION PLAN,
By their attorneys

Francis M. Lynch, BBO #308570
Keegan, Werlin & Pabian, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617)951-1400

2

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I hereby certify that I have conferred with counsel of record for each other party and have attempted in good faith to resolve or narrow the issues related to this motion.

_____
Francis M. Lynch, BBO #308750

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by _____ on 3-30-05.

_____
Francis M. Lynch

3