UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,          *
  United States Department of Labor,         *
                                             *
            Plaintiff,                       *
                                             *
                 v.                          *   CIVIL ACTION
                                             *   NO.: 04cv40226-FDS
JOSEPH S. BUSCONE MANAGEMENT, INC.,          *
JOSEPH S. BUSCONE,                           *
            and                              *
                                             *
JOSEPH S. BUSCONE MANAGEMENT, INC.           *
     PENSION PLAN,                           *
                                             *
            Defendants.                      *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

### ASSENTED TO MOTION TO CHANGE DATE FOR INITIAL SCHEDULING CONFERENCE

This Motion is being filed in response to the Court's Notice of Scheduling Conference, dated June 2, 2005, which set the initial conference date in this matter for June 30, 2005. As this date presents scheduling conflicts for both Plaintiff's and Defendants' attorneys, Plaintiff hereby moves to change the date for the initial Scheduling Conference to July 7, 2005 at 10:30 a.m. Defendants have assented to this Motion.

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

Gail E. Glick
Attorney, BBO # 552442

U.S. Department of Labor
Attorneys for Plaintiff

    Post Office Address:
    U.S. Department of Labor
    Office of the Solicitor
    JFK Federal Building
    Room E-375
    Boston, MA 02203
    TEL: (617) 565-2500
    FAX: (617) 565-2142

DATE: 6-3-05

## CERTIFICATE OF SERVICE

I hereby do certify that I served the foregoing ASSENTED TO MOTION TO CHANGE DATE FOR INITIAL SCHEDULING CONFERENCE on the 3rd day of June, 2005, by placing one (1) copy of same in a postage-paid envelope addressed to:

> Francis M. Lynch, Esquire
> Keegan, Werlin & Pabian, LLP
> 265 Franklin Street
> Boston, MA  02110-3113

the last known address and depositing same in the United States Mail at Boston, Massachusetts.