UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
ELAINE L. CHAO, Secretary of Labor,       *
   United States Department of Labor,     *
                                          *
              Plaintiff,                  *
                                          *
         v.                               *    CIVIL ACTION FILE NO.
                                          *        4:04-cv-40226-FDS
                                          *
JOSEPH S. BUSCONE MANAGEMENT, INC.,       *
                                          *
JOSEPH S. BUSCONE,                        *
              and                         *
                                          *
JOSEPH S. BUSCONE MANAGEMENT, INC.        *
         PENSION PLAN,                    *
                                          *
              Defendants.                 *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## CONSENT JUDGMENT AND ORDER

Defendants Joseph S. Buscone, Joseph S. Buscone Management, Inc. and Joseph S. Buscone Management, Inc. Pension Plan and Plaintiff Elaine L. Chao, Secretary of Labor, United States Department of Labor, have agreed to resolve all matters in controversy in this action and said parties do now consent to the entry of a Judgment and Order by this Court in accordance therewith.

A Complaint was filed and a Summons issued to Defendants on November 1, 2004. As the Waiver of Service of Summons was not executed by Defendants, Defendants were personally served with a Complaint and Summons on January 12, 2004. Defendants filed an Answer on April 20, 2005, consistent with Assented to Motions to

1

Extend Time to Answer filed on February 1, 2005, February 23, 2005 and March 31, 2005. By consenting to this Order, Defendants have admitted to the jurisdiction of this Court over them and over the subject matter of this action. Apart from admitting personal and subject matter jurisdiction, Defendants neither admit nor deny the allegations asserted by Plaintiff in this action.

In connection with the resolution of this matter, the Department of Labor will assess a penalty pursuant to ERISA § 502(l) of 20% of the "applicable recovery amount" as defined in ERISA § 502, which "applicable recovery amount" in this case is $80,316.00. Defendant Joseph S. Buscone agrees to pay said penalty as directed by the assessment letter, except to the extent that he seeks and is granted a waiver in the Secretary's sole discretion, pursuant to ERISA § 502(l)(3)(B).

Now therefore, by consent of the parties hereto,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. Defendants are permanently enjoined from violating any provision of ERISA, including Sections 404 and 510 of the Act, 29 U.S.C. Sections 1104 and 1140. Specifically, but not exclusively, Defendants are permanently enjoined from (a) calculating, allocating or reporting accrued pension benefits for Plan participants that are not in accordance with the applicable Plan Documents; and (b) retaliating, discharging or discriminating against any employee/Plan participant for exercising any right to which s/he is entitled to under the Plan or ERISA, or for giving information in any inquiry or proceeding relating to ERISA.

2. Within five (5) days of entry of this Consent Judgment and Order, Defendant Joseph S. Buscone shall pay the amount of $80,316.00, representing unpaid accrued pension

benefits to Camilla L. Amandolare ("Amandolare"), former employee of Joseph S. Buscone Management, Inc. and participant in the Joseph S. Buscone Management, Inc. Pension Plan. This amount is a partial payment of $110,000.00, the total amount to be paid to Amandolare. Defendant Joseph S. Buscone shall pay to Amandolare the remaining balance of the total due, $29,684.00, representing back wages and lost benefits, plus post-judgment interest at the rate of 3.46%, on or before December 30, 2005.

3. Within thirty (30) days of completing payment in full, Defendants shall submit a written report to Plaintiff setting forth evidence of compliance with paragraph 2 of this Consent Judgment and Order to the following address:

> James M Benages, Regional Director
> Employee Benefit Security Administration
> U.S. Department of Labor,  J.F. Kennedy Federal Building, Room 575
> Boston, MA  02203

4. Each party shall bear its own fees and expenses with respect to this action.

5. The Court shall retain jurisdiction of this matter for purposes of enforcing this Consent Judgment and Order.

6. Nothing in this Judgment is binding on any governmental agency other than the United States Department of Labor.

IT IS SO ORDERED THIS _____day of _____, 2005.

_____
United States District Judge F. Dennis Saylor, IV

Consented to by:

For the Plaintiff, Elaine L. Chao, Secretary of Labor:

Howard M. Radzely
Solicitor of Labor

Frank V. McDermott, Jr.
Regional Solicitor

_____     9-19-05
Gail E. Glick                 Dated
Trial Attorney, Mass Bar No. 552442

U.S. Department of Labor
Office of the Solicitor
John F. Kennedy Federal Building
Room E-375
Boston, MA 02203
TEL: 617-565-2500


For the Defendants:


_____     7-25-05
Joseph S. Buscone             Dated


_____     7-25-05
For: Joseph S. Buscone Management, Inc.   Dated


_____     7-25-05
For: Joseph S. Buscone Management, Inc.   Dated
    Pension Plan

4